IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-00839-CMA-KMT

DEBRA NEWMAN, as Next Friend and Guardian of
JUSTICE McGHEE, a minor child,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

    Pursuant to and in accordance with Plaintiff's Motion to Dismiss (Doc. # 17), and the Court being fully apprised in the premises, it is hereby

    ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney fees and costs.

    DATED:  March   06  , 2014

                                      BY THE COURT:

                                      CHRISTINE M. ARGUELLO
                                      United States District Court Judge